

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: DAVID EDWARD SAUCEDO, II AND MARIANA TERRAZAS SAUCEDO, INDIVIDUALLY AND ON BEHALF OF I. S., A MINOR CHILD, | § | No. 08-22-00089-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relator. | § | |
| | § | |
| | § | |

## O R D E R

The Court has considered the Relators' motion to consolidate parallel and related mandamus and appeal proceedings, and concludes the motion should be GRANTED. The above styled and numbered cause shall be consolidated with cause number 08-22-00047-CV, styled David Edward Saucedo, II and Mariana Terrazas Saucedo, Individually and on Behalf of I. S., a Minor Child v. El Paso Children's Hospital Corporation, Dr. Roberto Canales, M.D., and Dr. Rodolfo Fierro-Stevens, M.D., for purposes of oral argument and issuing one opinion to address all the issues.

IT IS SO ORDERED this 24th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.